# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA ALBANY DIVISION

| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 1:17-CR-6-LJA |
|---|---|---|
| v. | : | VIOLATION: |
| | : | 21 U.S.C. 841(a)(1) |
| | : | 841(b)(1)(A)(viii), |
| 1) BORIS FULLER, a/k/a B and Mr. B | : | 841(b)(1)(B)(viii), |
| 2) MARCUS ANDREWS | : | 841(b)(1)(C) |
| 3) ROBERT ALDRIDGE | : | 846 and 860 |
| 4) MICHAEL KULAK | : | 18 U.S.C. 2 |
| 5) ISMEL KENDRICK, a/k/a Big | : | 924(c) |
| 6) SHUNDREZ FULLER, a/k/a Drez | : | |
| 7) SHARON BLACKWELL | :FIRST SUPERSEDING INDICTMENT | |
| 8) RODNEY MORRIS, a/k/a Nook and a/k/a Django | : | |
| 9) MICHAEL DAMPIER, a/k/a Mike D | : | |
| 10) STEPHANIE MCMURPHY | : | |
| 11) ARTAVIOUS WILLIAMS, a/k/a Teavis | : | |
| 12) LEROY VALDEZ | : | |
| 13) MELISSA WILLIAMS, a/k/a Melissa Valdez, a/k/a Meli | : | |
| 14) KRYSTAL PARRISH, a/k/a KK and a/k/a The Lake | : | |
| 15) CEDRIC BUTTS, a/k/a Ceedy B | : | |
| 16) SHATARA WILSON, a/k/a Shay | : | |
| 17) SHAQUESE MCINTYRE, a/k/a Shadrach and a/k/a Shyrack | : | |
| 18) CAMBRICK TAYLOR, a/k/a Cam | : | |
| 19) BRENDA TRIMBLE, a/k/a Triple Threat | : | |
| 20) DERRICK WRIGHT, a/k/a Danger | : | |
| 21) HEATHER CRAWFORD | : | |
| 22) CHRISTIN JOHNSON, a/k/a Christi | : | |
| 23) CHRIS TSIKURIS | : | |
| 24) SAMUEL DEWAYNE BUTLER | : | |
| 25) REBECCA LAWRENCE, a/k/a Becky | : | |
| 26) WILL BARRON | : | |
| 27) TRISTAN MARTIN | : | |
| 28) MICHAEL STAMPER, a/k/a Shag | : | |
| 29) LEROY HAYNES | : | |
| 30) AVERY NORMAN | : | |
| 31) WALTER TREANOR, a/k/a Walt | : | |
| 32) DEVIN DORMINEY | : | |

33) EVERARDO PERALES              :
                                  :
    Defendants.                   :
                                  :

---

**THE GRAND JURY CHARGES:**

## COUNT ONE

(Conspiracy to Possess with Intent to Distribute Methamphetamine,

Beginning sometime before October 1, 2014 and continuing until on or about April 1, 2017, the exact dates being unknown to the Grand Jury, in the Albany, Macon and Valdosta Divisions of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendants,

BORIS FULLER, a/k/a B and a/k/a Mr. B
ROBERT ALDRIDGE
MARCUS ANDREWS
MICHAEL KULKAS
ISMEL KENDRICK, a/k/a BIG
SHUNDREZ FULLER, a/k/a DREZ
SHARON BLACKWELL
RODNEY MORRIS, a/k/a NOOK and a/k/a DJANGO
MICHAEL DAMPIER, a/k/a MIKE D
STEPHANIE MCMURPHY
ARTAVIOUS WILLIAMS, a/k/a TEAVIS
LEROY VALDEZ
MELISSA WILLIAMS, a/k/a MELISSA VALDEZ and a/k/a MELI
KRYSTAL PARRISH, a/k/a KK and a/k/a THE LAKE
CEDRIC BUTTS, a/k/a CEEDY B
SHATARA WILSON, a/k/a SHAY
SHAQUESE MCINTYRE, a/k/a SHADRACH and a/k/a SHYRACK
CAMBRICK TAYLOR, a/k/a CAM
BRENDA TRIMBLE, a/k/a BIG THREAT
DERRICK WRIGHT, a/k/a DANGER
HEATHER CRAWFORD
JAMIE LOWERY
CHRISTIN JOHNSON, a/k/a CHRISTI
CHRIS TSIKURIS

SAMUEL BUTLER
REBECCA LAWRENCE
WILL BARRON
TRISTAN MARTIN
MICHAEL STAMPER, a/k/a SHAG
LEROY HAYNES
AVERY NORMAN
WALTER TREANOR, a/k/a WALT
DEVIN DORMINEY
EVERARDO PERALES

did unlawfully, knowingly, and intentionally conspire together with one another and with others both known and unknown to the Grand Jurors to possess: a controlled substance, to wit: methamphetamine in excess of fifty (50) grams with the intent to distribute each of said controlled substances, all in violation of Title 21, United States Code, Section 846 i/c/w Title 21 United States Code Section 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT TWO

(Possession of Methamphetamine with Intent to Distribute)

On or about January 11, 2016, in the Valdosta Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendants,

**MELISSA WILLIAMS, a/k/a MELISSA VALDEZ AND a/k/a MELI**

did, aided and abetted by one another and persons both known and unknown to the Grand Jury, unlawfully, knowingly, and intentionally possess with the intent to distribute a controlled substance, to wit: methamphetamine in excess of 50 grams all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii)

## COUNT THREE

### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about January 11, 2016, in the Valdosta Division of the Middle District of Georgia and elsewhere within this Court's jurisdiction, the defendant,

**MELISSA WILLIAMS, a /k/a MELISSA VALDEZ AND a/k/a MELI**

did possess a firearm in furtherance of a drug trafficking crime for which she may be prosecuted in a court of the United States, to-wit: possession of methamphetamine with the intent to distribute said firearm being a Bryco Arms, model Jennings Nine-CA pistol: all in violation of Title 18, United States Code Section 924(c)(1)(A)(i).

## COUNT FOUR

(Possession with Intent to Distribute/Distribution of Methamphetamine within 1000 feet of a School and by use of a Juvenile)

On or about May 31, 2016, in the Valdosta Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendant,

**BORIS FULLER, a/k/a B and a/k/a Mr. B**

did, aided and abetted by Juvenile N.B., whose identity is known to the Grand Jury, and persons both known and unknown to the Grand Jury, unlawfully, knowingly, and intentionally possess with intent to distribute and did distribute a controlled substance, to wit: methamphetamine within 1000 feet of real property comprising a public elementary or secondary school and did employ, hire, use, persuade, induce, entice, and coerce a person under 18 years of age to violate this statute, said person being N.B. who was sixteen years of age all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), 860 and Title 18, United States Code, Section 2.

## COUNT FIVE

(Distribution of Methamphetamine)

On or about June 1, 2016, in the Valdosta Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendants,

**BORIS FULLER, a/k/a B and a/k/a Mr. B AND RODNEY MORRIS, a/k/a NOOK AND a/k/a DJANGO**

did, aided and abetted by Juvenile, N.B., whose identity is known to the Grand Jury, by one another and by persons both known and unknown to the Grand Jury, unlawfully, knowingly, and intentionally distribute a controlled substance, to wit: methamphetamine in excess of 5 grams all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii) and Title 18, United States Code, Section 2

## COUNT SIX

(Distribution of Methamphetamine)

On or about June 3, 2016, in the Valdosta Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendant,

**BORIS FULLER, a/k/a B and a/k/a Mr. B**

Did unlawfully, knowingly, and intentionally distribute a controlled substance, to wit: methamphetamine in excess of 5 grams all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT SEVEN

(Distribution of Methamphetamine within 1000 feet of a Housing Project)

On or about June 6, 2016, in the Valdosta Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendants,

**LEROY VALDEZ and ARTAVIOUS WILLIAMS, a/k/a TEAVIS**

did unlawfully, knowingly, willfully and intentionally distribute a controlled substance, to wit: methamphetamine weighing in excess of 50 grams within 1000 feet of the real property comprising a housing facility owned by a public housing authority, to wit: The City of Moultrie

Housing Authority all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii) and 860 and Title 18 United States Code, Section 2.

## COUNT EIGHT

(Distribution of Methamphetamine)

On or about June 9, 2016, in the Valdosta Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendants,

**BORIS FULLER, a/k/a B and a/k/a Mr. B AND MICHAEL DAMPIER,**

**a/k/a MIKE D**

did, aided and abetted by one another and persons both known and unknown to the Grand Jury, unlawfully, knowingly, and intentionally distribute a controlled substance, to wit: methamphetamine in excess of 5 grams within 1000 feet of real property comprising a public elementary or secondary school all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii) and Title 18, United States Code, Section 2 and 860.

## COUNT NINE

(Distribution of Methamphetamine)

On or about June 16, 2016, in the Valdosta Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendants,

**BORIS FULLER, a/k/a B and a/k/a Mr. B AND MICHAEL DAMPIER,**

**a/k/a MIKE D**

did, aided and abetted by one another and persons both known and unknown to the Grand Jury, unlawfully, knowingly, and intentionally distribute a controlled substance, to wit:

methamphetamine in excess of 5 grams within 1000 feet of real property comprising a public elementary or secondary school all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii) and Title 18, United States Code, Section 2 and 860.

## COUNT TEN

(Distribution of Methamphetamine)

On or about June 28, 2016, in the Valdosta Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendants,

**BORIS FULLER, a/k/a B and a/k/a Mr. B AND STEPHANIE McMURPHY**

did, aided and abetted by one another and persons both known and unknown to the Grand Jury, unlawfully, knowingly, and intentionally distribute a controlled substance, to wit: methamphetamine in excess of 5 grams within 1000 feet of real property comprising a public elementary or secondary school all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii) and Title 18, United States Code, Section 2 and 860.

## COUNT ELEVEN

(Distribution of Methamphetamine)

On or about July 8, 2016, in the Valdosta Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendants,

**BORIS FULLER, a/k/a B and a/k/a Mr. B AND STEPHANIE MCMURPHY**

did, aided and abetted by one another and persons both known and unknown to the Grand Jury, unlawfully, knowingly, and intentionally distribute a controlled substance, to wit: methamphetamine in excess of 5 grams within 1000 feet of real property comprising a public elementary or secondary school all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii) and Title 18, United States Code, Section 2 and 860.

## COUNT TWELVE

(Possession of Methamphetamine with Intent to Distribute)

On or about July 14, 2016, in the Valdosta Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendant,

### MICHAEL STAMPER, a/k/a SHAG

did, aided and abetted persons both known and unknown to the Grand Jury, unlawfully, knowingly, and intentionally possess with the intent to distribute a controlled substance, to wit: methamphetamine in excess of 50 grams all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT THIRTEEN

(Distribution of Methamphetamine)

On or about July 28, 2016, in the Valdosta Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendant,

### LEROY VALDEZ,

did unlawfully, knowingly, willfully and intentionally distribute a controlled substance, to wit: methamphetamine weighing in excess of 50 grams all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii).

## COUNT FOURTEEN

(Distribution of Methamphetamine)

On or about August 2, 2016, in the Valdosta Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendants,

**BORIS FULLER, a/k/a B and a/k/a Mr. B AND BRENDA TRIMBLE, a/k/a**

**TRIPLE THREAT**

did, aided and abetted by one another and persons both known and unknown to the Grand Jury, unlawfully, knowingly, and intentionally distribute a controlled substance, to wit: methamphetamine in excess of 5 grams all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii) and Title 18, United States Code, Section 2

## COUNT FIFTEEN

(Distribution of Methamphetamine)

On or about August 26, 2016, in the Valdosta Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendants,

**BORIS FULLER, a/k/a B and a/k/a Mr. B STEPHANIE MCMURPHY**

**AND MICHAEL DAMPIER, a/k/a MIKE D**

did, aided and abetted by one another and persons both known and unknown to the Grand Jury, unlawfully, knowingly, and intentionally distribute a controlled substance, to wit:

methamphetamine in excess of 50 grams all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii) and Title 18, United States Code, Section 2

## COUNT SIXTEEN

(Possession of Methamphetamine with Intent to Distribute)

On or about September 7, 2016, in the Valdosta Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendant,

**REBECCA LAWRENCE, a/k/a BECKY**

did, aided and abetted by one another and by persons known and unknown to the Grand Jury unlawfully, knowingly, and intentionally possess with the intent to distribute a controlled substance, to wit: methamphetamine all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code Section 2.

## COUNT SEVENTEEN

(Distribution of Methamphetamine)

On or about September 20, 2016, in the Valdosta Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendant,

**MICHAEL DAMPIER, a/k/a MIKE D**

did unlawfully, knowingly, and intentionally distribute a controlled substance, to wit: methamphetamine in excess of 5 grams all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii) and Title 18, United States Code, Section 2

## COUNT EIGHTEEN

**(Possession with Intent to Distribute Methamphetamine)**

That on or about October 26, 2016, in the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**MICHAEL STAMPER, a/k/a MIKE D AND EVERARDO PERALES,**

Defendants herein, did, aided and abetted by persons known and unknown to the Grand Jury, unlawfully, knowingly and intentionally possess with the intent to distribute a controlled substance, to wit: methamphetamine in excess of 50 grams, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii) and Title 18, United States Code, Section 2

## COUNT NINETEEN

(Possession with Intent to Distribute Methamphetamine)

That on or about November 5, 2016, in the Albany Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**ARTAVIS WILLIAMS a/k/a TEAVIS WILLIAMS AND DERRICK WRIGHT**

Defendants herein, did, aided and abetted by persons known and unknown to the Grand Jury, unlawfully, knowingly and intentionally possess with the intent to distribute a controlled substance, to wit: methamphetamine in excess of 50 grams, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT TWENTY

(Possession with Intent to Distribute Methamphetamine)

On or about November 15, 2016, in the Albany Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendants,

**MELISSA WILLIAMS, a/k/a MELISSA VALDEZ AND a/k/a MELI**

**AND DEVIN DORMINEY**

did, aided and abetted by one another and persons both known and unknown to the Grand Jury, unlawfully, knowingly, and intentionally possess with the intent to distribute a

controlled substance, to wit: methamphetamine in excess of 50 grams all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT TWENTY-ONE

(Possession with Intent to Distribute Cocaine )

On or about November 15, 2016, in the Albany Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendants,

**MELISSA WILLIAMS, a/k/a MELISSA VALDEZ AND a/k/a MELI**

**AND DEVIN DORMINEY**

did, aided and abetted by one another and persons both known and unknown to the Grand Jury, unlawfully, knowingly, and intentionally possess with the intent to distribute a controlled substance, to wit: cocaine all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT TWENTY-TWO

(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about November 15, 2016, in the Albany Division of the Middle District of Georgia and elsewhere within this Court's jurisdiction, the defendants,

**MELISSA WILLIAMS, a/k/a MELISSA VALDEZ AND a/k/a MELI**

**AND DEVIN DORMINEY**

did possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to-wit: possession of methamphetamine with the intent to distribute and possession of cocaine with intent to distribute as set out in Counts

Twenty One of this indictment said firearm being a Phoenix Arms Model HP22 handgun: all in violation of Title 18, United States Code Sections 2 and 924(c)(1)(A)(i)

## COUNT TWENTY-THREE

(Possession with Intent to Distribute Methamphetamine)

That on or about November 16, 2016, in the Albany Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**SHAQUESE MCINTYRE, a/k/a SHADRACH AND a/k/a SHYRACK AND**

**SHUNDREZ FULLER, a/k/a DREZ**

Defendants herein, did, aided and abetted by one another and by persons known and unknown to the Grand Jury, unlawfully, knowingly and intentionally possess with the intent to distribute a controlled substance, to wit: methamphetamine in excess of 50 grams, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT TWENTY-FOUR

(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about November 16, 2016, in the Albany Division of the Middle District of Georgia and elsewhere within this Court's jurisdiction, the defendants,

**SHAQUESE MCINTYRE, a/k/a SHADRACH AND a/k/a SHYRACK AND**

**SHUNDREZ FULLER, a/k/a DREZ**

Defendants herein, did, aided and abetted by persons known and unknown to the Grand Jury, did possess a firearm, to wit: a Glock 19, 9mm semi-automatic handgun in furtherance of a drug

trafficking crime for which he may be prosecuted in a court of the United States, to-wit: possession of methamphetamine with the intent to distribute: all in violation of Title 18, United States Code Sections 2 and 924(c)(1)(A)(i)

## COUNT TWENTY-FIVE

(Possession of Methamphetamine with Intent to Distribute)

On or about November 29, 2016, in the Valdosta Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendant,

### HEATHER CRAWFORD

did, unlawfully, knowingly, and intentionally possess with the intent to distribute a controlled substance, to wit: methamphetamine in excess of 50 grams all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii)

## COUNT TWENTY-SIX

(Possession of Methamphetamine with Intent to Distribute)

On or about November 29, 2016, in the Valdosta Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendant,

### KRYSTAL PARRISH, a/k/a KK and a/k/a THE LAKE

did, unlawfully, knowingly, and intentionally possess with the intent to distribute a controlled substance, to wit: methamphetamine in excess of 50 grams all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii)

## COUNT TWENTY-SEVEN

(Possession of Methamphetamine with Intent to Distribute)

On or about November 29, 2016, in the Valdosta Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendants,

**MICHAEL DAMPIER, a/k/a MIKE D AND STEPHANIE MCMURPHY**

did, aided and abetted by one another and by persons known and unknown to the Grand Jury unlawfully, knowingly, and intentionally possess with the intent to distribute a controlled substance, to wit: methamphetamine in excess of 5 grams all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii) and Title 18, United States Code Section 2.

A TRUE BILL.

S/ _____
FOREPERSON OF THE GRAND JURY

PRESENTED BY:

G.F. PETERMAN, III
UNITED STATES ATTORNEY

_____
LEAH E. McEWEN
ASSISTANT UNITED STATES ATTORNEY

*Filed in open court this* __11th__ *day of*
__April__ *A.D. 20* __17__.

_____
Deputy Clerk