IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION
AT ALBANY, GEORGIA



MINUTE SHEET OF SENTENCING HEARING

| | | |
|---|---|---|
| Date: | 10/26/2018 | Court Time for MJSTAR/JS10: /43 (2:18 PM – 3:01 PM) |
| Judge: | **LESLIE J. ABRAMS** | Court Reporter: Sally Gray |
| Courtroom Deputy: | Felicia Rushing | Interpreter: |

**CASE NO. 1:17-cr-6-1(LJA)**

UNITED STATES OF AMERICA           AUSA: Leah E McEwen

   v.

BORIS FULLER                                      Counsel: Robert Robinson McLendon IV

Agent/Experts in attendance: Jeffrey Ross, USPO

| **OFFENSE LEVEL: 43** | **CATEGORY: VI** | **RANGE: LIFE** |
|---|---|---|
| **IMPRISONMENT: 360 months** | **SUPERVISED RELEASE: 10 years** | |
| **PROBATION:** | | |

## CONDITIONS
**MANDATORY, STANDARD AND SPECIAL CONDITIONS ARE NOTED IN THE PRE-SENTENCE REPORT AND THE COURT'S STANDING ORDER 2017-02.**

*SUBSTANCE ABUSE:*
- ☒ Dft shall participate in a **substance abuse program** approved by the USPO which may include testing to determine if Dft has reverted to the use of drugs or alcohol.
- ☒ Recommend that Dft participate in a **residential drug treatment program.**
- ☐ The required drug testing condition is suspended. The Court has determined there is a low risk of future substance abuse..

*FINANCIAL:*
- ☐ Dft shall make restitution to the victim(s) in the amount of **$** through the U.S. District Court Clerk's Office.
- ☒ A **mandatory assessment fee** of **$100.00** is to be paid immediately.
- ☐ A **fine** of **$** is to be paid immediately.
- ☒ **Fine is waived.** It is the Court's judgment that the defendant is unable and not likely to become able to pay all or part of a fine even with the use of a reasonable installment schedule. Therefore, the Court waives the fine as well as any alternative sanctions in this case.

*CONFINEMENT:*
- ☐ Dft to serve _____ consecutive days in a **jail facility** as directed by the USPO.
- ☐ Dft shall reside at the **Dismas House**, Macon, GA, for a period of _____ and shall abide by Dismas House Rules at all times.
- ☐ Dft shall comply with the conditions of **home confinement** for a period not to exceed _____ consecutive days. During this time, Dft shall remain at his place of residence at all times and shall not leave without advance permission of the USPO. Dft will maintain a telephone at his/her residence without features for "Call Forwarding," "Caller ID," or "Call Waiting;" this phone should not be portable cordless or have a modem attached to it. At the direction of the USPO, Dft shall wear an electronic monitoring device, follow electronic monitoring procedures, and pay the costs of electronic monitoring as specified by the U.S. Probation Office.

*ADDITIONAL COMMENTS:*
VOLUNTARY SURRENDER:    ☐ Yes  ☒ No    APPEAL INFORMATION GIVEN TO:  ☒ Atty  ☒ Dft
The Court **GRANTED** oral motion to dismiss count(s) 4,5,6,8,9,10,11,14 and 15.

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record. Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*